

**Scott P. Moore**

1700 Farnam Street
Suite 1500
Omaha, NE 68102-2068
Tel: 402.344.0500
Fax: 402.344.0588
Direct: 402.636.8268
spmoore@bairdholm.com
www.bairdholm.com
Also admitted in Iowa, Missouri

December 29, 2023

**SUBMITTED ELECTRONICALLY THROUGH ECF FILING**

Michael E. Gans, Clerk of Court
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
St. Louis, MO 63102

      Re:    *Todd DeGeer v. Union Pacific Railroad Company*, Case No. 23-2625

Dear Clerk of the Court:

Per the Court's notice regarding oral argument, the undersigned counsel submits the following list of dates for which counsel has conflicts due to other previously scheduled commitments and is therefore <u>unavailable</u>:

    February 12-16, 2024
    March 12-14, 2024
    April 8-12, 2024

Counsel respectfully requests that oral argument not be scheduled on these dates. Please let me know if you have any questions. Thank you for your time and consideration.

                    Very truly yours,

                    Scott P. Moore
                    FOR THE FIRM

6254187.1

*Providing Exceptional Legal Service Since 1873*